Certificate Number: 12433-WAW-DE-041439710

Bankruptcy Case Number: 26-42069

12433-WAW-DE-041439710

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 13, 2026, at 5:12 o'clock PM PDT, Amy Lynn Roth completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Washington.

Date: September 14, 2026

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher